USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/12/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE HERNANDEZ,                                             :
                                                           :
                                    Plaintiff,             :
                                                           :            1:25-cv-3872-GHW
                   -against-                                :
                                                           :            ORDER
26 BRUCKNER LLC, *et al.*,                                 :
                                                           :
                                    Defendants.            :
                                                           :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated May 13, 2025, Dkt. No. 5, the parties were directed to submit a

joint status letter, and proposed case management plan in editable PDF format, to the Court no later

than September 9, 2025.  The Court received the joint status letter and the proposed case

management plan.  However, the proposed case management plan is not in an editable PDF format.

The parties are directed to resubmit their proposed case management plan in an editable PDF

format forthwith and in any event no later than September 15, 2025.

        SO ORDERED.

Dated:  September 12, 2025
New York, New York                                    _____
                                                          GREGORY H. WOODS
                                                       United States District Judge