USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE HERNANDEZ,                              :
                                             :
                              Plaintiff,     :
                                             :                    1:25-cv-3872-GHW
                  -against-                  :
                                             :                    ORDER
26 BRUCKNER LLC, *et al.*,                   :
                                             :
                              Defendants.    :
                                             :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated September 23, 2025, Dkt. No. 15, the parties were directed to submit a joint status letter to the Court no later than April 8, 2026. The Court has not received the joint status letter. The parties are directed to comply with the Court's September 23, 2025 order forthwith and in any event no later than April 13, 2026.

    SO ORDERED.

Dated: April 9, 2026
New York, New York                              _____
                                                     GREGORY H. WOODS
                                                  United States District Judge